THE SMALL BUSINESS LAW FIRM, P.C.
Scott W. Williams, SBN 210955
  swilliams@smallbusinesslaw.org
Blake M. Wells, SBN 328546
  bwells@smallbusinesslaw.org
Maria Saling, SBN 306498
msaling@smallbusinesslaw.org
299 W. Hillcrest Drive, Suite 214
Thousand Oaks, CA 91360
Tel: (805) 778-0206 • Fax: (805) 778-9299

Attorney for Defendants
Helico Sonoma, Inc.;
Sonoma Flight Academy, Llc;
Thomas Brian Bozeman; Alec Sprick

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FITZGERALD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HELICO SONOMA INC., et al.,<br><br>Defendants, | Case No.  **3:25-cv-10582-TSH**<br><br>Honorable Thomas S. Hixson<br>Courtroom E<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO APPEAR REMOTELY** |

The parties' stipulation to appear remotely at the Initial Case Management Conference on March 12, 2026 at 10:00 a.m. is GRANTED.

IT IS SO ORDERED

Dated: February 27, 2026

_Tm. Hix_

Hon. Thomas S. Hixon