ERIN B. CARLSTROM (SBN 261305)
JEFFREY S. LYONS (SBN 227277)
WARD HOSKINS (SBN 322419)
CLEMENT, FITZPATRICK & KENWORTHY INCORPORATED
3333 Mendocino Avenue, Suite 200
Santa Rosa, CA  95403
Telephone: (707) 523-1181
Facsimile: (707) 546-1360
ecarlstrom@cfk.com
jlyons@cfk.com
whoskins@cfk.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FITZGERALD, an individual; JOE MESSINA, an individual; REBECCA PURCELL, an individual; MICHAEL ROBISON, an individual; MARK VOGLER, an individual; SUSAN HARBY, an individual; TONI MERCER, an individual; RON MERCER, an individual; WILLIAM FOSS, an individual; PAUL TIERNAN, an individual; DAVID GAVRICH, an individual; DENNIS DE LA MONTANYA, an individual; TINA DE LA MONTANYA, an individual; KENDERIC BRAAL, an individual; and CELESTE HOFFMAN, an individual, <br><br>                    Plaintiffs, <br><br>    vs. <br><br> HELICO SONOMA INC., a California corporation; SONOMA FLIGHT ACADEMY LLC, a California limited liability company; ALEC SPRICK, an individual; THOMAS BRIAN BOZEMAN, an individual; and DOES 1-50, inclusive, <br><br>                    Defendants. | CASE NO. 3:25-cv-10582-TSH <br><br> **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS;** ~~PROPOSED~~ **ORDER GRANTING DISMISSAL** <br><br> **[FRCP 41(a)(2)]** <br><br> [*Removed from the Superior Court of the State of California, County of Sonoma (State Court Case No.* 25CV07172] <br><br><br> Magistrate Judge Thomas S. Hixon |

WHEREAS, on October 10, 2025, Plaintiffs, ANN FITZGERALD, JOE MESSINA, REBECCA PURCELL, MICHAEL ROBISON, MARK VOGLER, SUSAN HARBY, TONI MERCER, RON MERCER, WILLIAM FOSS, PAUL TIERNAN, DAVID GAVRICH DENNIS DE LA MONTANYA, TINA DE LA MONTANYA, KENDERIC BRAAL, and CELESTE HOFFMAN (collectively "Plaintiffs") filed a complaint in the Superior Court County of Sonoma (Case 25CV07172 "State Case") against  defendants HELICO SONOMA INC., SONOMA FLIGHT ACADEMY LLC, ALEC SPRICK, and THOMAS BRIAN BOZEMAN, (collectively "Defendants").

WHEREAS, on December 11, 2025, Defendants had the State Case removed to this court filed as Case 3:25-cv-10582-TSH.

WHEREAS, on December 22, 2025, Defendants filed an answer in this court.

WHEREAS, Plaintiffs and Defendants, through their authorized representatives and without adjudication of Plaintiffs' claims or admission by Defendants of any of the alleged claims or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of Plaintiffs as stated in the Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the fully executed Settlement Agreement and Mutual Release is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, on April 30, 2026, the Settlement Agreement and Mutual Release was fully executed and Plaintiffs filed a dismissal with prejudice in the State Case.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that Plaintiffs' claims, as set forth in their complaint, be dismissed *with prejudice*.  The parties respectfully request an order from this Court dismissing such claims *with prejudice*.

Dated: May 1, 2026                    Respectfully submitted,

                                      CLEMENT FITZPATRICK & KENWORTHY, INC


                                      By:  __/s/ Jeffrey S. Lyons_____
                                           Jeffrey S. Lyons
                                           Attorneys for Plaintiffs

THE SMALL BUSINESS LAW FIRM, P.C.


By: _____/s/ Maria Saling_____
Maria Saling
Attorneys for Defendants

## [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiffs', ANN FITZGERALD, JOE MESSINA, REBECCA PURCELL, MICHAEL ROBISON, MARK VOGLER, SUSAN HARBY, TONI MERCER, RON MERCER, WILLIAM FOSS, PAUL TIERNAN, DAVID GAVRICH DENNIS DE LA MONTANYA, TINA DE LA MONTANYA, KENDERIC BRAAL, and CELESTE HOFFMAN claims against Defendants HELICO SONOMA INC., SONOMA FLIGHT ACADEMY LLC, ALEC SPRICK, and THOMAS BRIAN BOZEMAN, as set forth in the Complaint filed in Case No. 3:25-cv-10582-TSH, are hereby dismissed consistent with the terms of the Settlement Agreement that is attached hereto as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 4, 2026

_____
Judge Thomas S. Hixon
United States Magistrate Judge

STIPULATION FOR DISMISSAL & [PROPOSED] ORDER THEREON          3:25-cv-10582-TSH

4