ERIN B. CARLSTROM (SBN 261305)
JEFFREY S. LYONS (SBN 227277)
WARD HOSKINS (SBN 322419)
CLEMENT, FITZPATRICK & KENWORTHY INCORPORATED
3333 Mendocino Avenue, Suite 200
Santa Rosa, CA  95403
Telephone: (707) 523-1181
Facsimile: (707) 546-1360
ecarlstrom@cfk.com
jlyons@cfk.com
whoskins@cfk.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FITZGERALD, an individual; JOE MESSINA, an individual; REBECCA PURCELL, an individual; MICHAEL ROBISON, an individual; MARK VOGLER, an individual; SUSAN HARBY, an individual; TONI MERCER, an individual; RON MERCER, an individual; WILLIAM FOSS, an individual; PAUL TIERNAN, an individual; DAVID GAVRICH, an individual; DENNIS DE LA MONTANYA, an individual; TINA DE LA MONTANYA, an individual; KENDERIC BRAAL, an individual; and CELESTE HOFFMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HELICO SONOMA INC., a California corporation; SONOMA FLIGHT ACADEMY LLC, a California limited liability company; ALEC SPRICK, an individual; THOMAS BRIAN BOZEMAN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:25-cv-10582-TSH<br><br>**STIPULATION FOR ORDER TO REMAND TO STATE COURT FOR ENTRY OF DISMISSAL; ~~PROPOSED~~ ORDER REMANDING CASE TO STATE COURT**<br><br>[*Removed from the Superior Court of the State of California, County of Sonoma (State Court Case No.* 25CV07172]<br><br>Magistrate Judge Thomas S. Hixon |

WHEREAS, on October 10, 2025, Plaintiffs, ANN FITZGERALD, JOE MESSINA, REBECCA PURCELL, MICHAEL ROBISON, MARK VOGLER, SUSAN HARBY, TONI MERCER, RON MERCER, WILLIAM FOSS, PAUL TIERNAN, DAVID GAVRICH DENNIS DE LA MONTANYA, TINA DE LA MONTANYA, KENDERIC BRAAL, and CELESTE HOFFMAN (collectively "Plaintiffs") filed a complaint in the Superior Court County of Sonoma (Case 25CV07172 "State Case") against defendants HELICO SONOMA INC., SONOMA FLIGHT ACADEMY LLC, ALEC SPRICK, and THOMAS BRIAN BOZEMAN, (collectively "Defendants").

WHEREAS, on December 11, 2025, Defendants had the State Case removed to this court filed as Case 3:25-cv-10582-TSH.

WHEREAS, on December 22, 2025, Defendants filed an answer in this court.

WHEREAS, on May 4, 2026, this Court, by stipulation of the Parties after settlement, entered its Order for Dismissal of the Plaintiff's complaint.

WHEREAS, on May 7, 2026, the Superior Court County of Sonoma rejected plaintiff's request for dismissal requiring that the matter be remanded to its court for a dismissal to be entered.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that this matter, being concluded in this Court, be remanded to the Superior Court County of Sonoma for immediate dismissal.

Dated: May 21, 2026

Respectfully submitted,

CLEMENT FITZPATRICK & KENWORTHY, INC

By: ___/s/ Jeffrey S. Lyons_____
Jeffrey S. Lyons
Attorneys for Plaintiffs

THE SMALL BUSINESS LAW FIRM, P.C.

By: _____/s/ Maria Saling_____
Maria Saling
Attorneys for Defendants

## [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that this case, having been concluded in this Court be remanded to the Superior Court County of Sonoma for immediate dismissal pursuant to the terms of the Parties' Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 22, 2026

_____
Judge Thomas S. Hixon
United States Magistrate Judge